RECEIVED
APR - 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6: 06-60074-05 |
| VERSUS | * | JUDGE DOHERTY |
| MARIA AIDE DELGADO | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Withdraw Plea filed by Maria Aide Delgado [Rec. Docs. 658 and 680] is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____6_____ day of _____April_____, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE