RECEIVED
APR - 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6: 06-60074-05** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **MARIA AIDE DELGADO** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion for Independent Consideration of 5K1.1 Eligibility, filed in proper person by Maria Aide Delgado [Rec. Doc. 659] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 6 day of April, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE